UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                    Case Number: 4:18–cr–00169

Geraldine Caroline

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/11/2018

**TIME:** 08:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   September 5, 2018

David J. Bradley, Clerk